UNITED STATES BANKRUPTCY COURT : WESTERN DISTRICT OF NEW YORK

IN RE: Virginia S. Gaines        Case No.:

## CHAPTER 13 PLAN

(*If this form is used by joint debtors wherever the word "debtor" or words referring to debtor are used they shall be read as if in the plural*).

1. The future earnings of the debtor are submitted to the supervision and control of the trustee and the debtor shall pay to the trustee the sum of **$ 1,050** monthly for a period of five years.

2. From the payments so received, the trustee shall make disbursements as follows:
   (a) Full payment in deferred cash payments of all claims entitled to priority under 11 U.S.C. Section 507.

   **IRS ($435) and NYS ($650) income tax arrears to be paid in full through the Chapter 13 Plan.**

   (b) Holders of allowed secured claims shall retain the liens securing such claims and shall be paid as follows:

   **Wells Fargo mortgage in the amount of $40,456 to be paid in full at contract interest (9%) outside of the Chapter 13 Plan, escrow to be canceled and real property taxes paid direct by debtor.**

   (c) *Subsequent to - pro rata* with dividends to secured creditors, dividends to unsecured creditors whose claims are duly allowed as follows:

   **5%**

3. The following executory contracts of the debtor are rejected:

   **N/A**

4. A **$2,000** balance of attorney fees to be paid through the Chapter 13 Plan.

   Title to the debtor's property shall revest in the debtor on confirmation of a plan – upon dismissal of the case after confirmation pursuant to 11 U.S.C. Section 350.

Dated:   April 15, 2011


  /s/ Virginia S. Gaines
  Virginia S. Gaines

Acceptances may be mailed to: 300 Pearl Street, Olympic Towers, Buffalo, NY 14202